THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BENJAMIN VILLANUEVA III

    Plaintiff

v.

LYCOMING COUNTY PRISON
OWNERS, et al.,

    Defendants

3:13-CV-64
(JUDGE MARIANI)

FILED
SCRANTON
FEB 13 2013

PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 13TH DAY OF FEBRUARY, 2013**, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 6) for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT:**

1. The Report & Recommendation (Doc. 6) is **ADOPTED**.

2. Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2) is **GRANTED**.

3. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** with Plaintiff granted **LEAVE TO AMEND** his Complaint consistent with Judge Carlson's Report and Recommendation (Doc. 6). Plaintiff shall file an Amended Complaint **ON OR BEFORE MARCH 6, 2013**.

    a. To the extent possible, Plaintiff shall allege facts occurring within the statute of limitations to show a continuing violations theory; that is, events occurring after January 10, 2011 that are related to a continuing pattern of assaults or other constitutional violations against him.

b. Supervisory defendants, Warden DeParlos and Deputy Warden Shoemaker, are **DISMISSED WITHOUT PREJUDICE** with Plaintiff granted **LEAVE TO AMEND** his Complaint to allege facts showing that the supervisory defendants were personally involved in the unconstitutional actions taken against him.

c. To the extent that Plaintiff is suing a person when he names Lycoming County Prison Owner/Owners as a defendant, the defendant is **DISMISSED WITHOUT PREJUDICE** with Plaintiff granted **LEAVE TO AMEND** his Complaint to allege facts showing that s/he was personally involved in the unconstitutional actions taken against him. To the extent that Plaintiff is suing an institutional defendant, Lycoming County Prison Owner/Owners, is **DISMISSED WITH PREJUDICE** because the prison itself is not a person.

4. The case is remanded to Judge Carlson for further pre-trial proceedings.

Robert D. Mariani
United States District Judge